UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 6:18-cv-2147-Orl-37EJK

MARCGENSON MARC; TIANA
CHARACTER; LENORISS LAMOUTE;
DOSULD PIERRE; SHIRLEEN THALES;
ADVANCED TAX SERVICES, INC.;
GENSON FINANCIAL GROUP, LLC;
and CHARACTER FINANICAL
SOLUTIONS, LLC,

    Defendants.
_____

## ORDER

The United States seeks to hold Defendants Marcgenson Marc, Advanced Tax Services, Inc., and Genson Financial Group, LLC in contempt for failing to comply with the Court's order to compel discovery. (Doc. 71 ("**Motion**").) Defendant Marcgenson Marc says he has provided all responsive documents to the United States. (Doc. 73.) Defendants Advanced Tax Services, Inc. and Genson Financial Group, LLC (collectively, "**Corporate Defendants**") did not respond to the Motion because they have failed to retain counsel after their previous counsel withdrew. (*See* Doc. 82, pp. 2–5.) The United States argues their answer, filed when they had counsel, should be stricken and default entered against them. (Doc. 71, p. 13; *see also* Doc. 82, p. 2.) On referral, United States Magistrate Judge Embry J. Kidd recommends granting the Motion as to the Corporate

Defendants because corporations cannot represent themselves, they've been directed to retain counsel multiple times, and Defendant Marcgenson Marc does not intend to retain counsel for them. (*See* Doc. 82 ("**R&R**").) He recommends denying the Motion as to Defendant Marcgenson Marc because the United States did not provide clear and convincing evidence of a violation of the Court's order. (*Id.* at 9.)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the Court concludes the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 82) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. Plaintiff United States' Motion to Hold Marcgenson Marc, Advanced Tax Services, Inc., and Genson Financial Group, LLC in Contempt (Doc. 71) is **GRANTED IN PART AND DENIED IN PART**:

    a. The Motion is **DENIED** as to Defendant Marcgenson Marc.

    b. The Motion is **GRANTED** as to Defendants Advanced Tax Services, Inc. and Genson Financial Group, LLC.

3. The Clerk is **DIRECTED** to **STRIKE** the Answer (Doc. 28) as to Advanced Tax Services, Inc. and Genson Financial Group, LLC only.

4. The Clerk is **DIRECTED** to enter default against Advanced Tax Services,

Inc. and Genson Financial Group, LLC in favor of the United States of America.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 2, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record